UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES E. G. LEECH, SR., on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKS AUTOMATION, INC., ROBERT J. THERRIEN, ELLEN B. RICHSTONE, ROGER D. EMERICK, AMIN J. KHOURY, ROBERT W. WOODBURY, JR., AND EDWARD C. GRADY,<br><br>Defendants. | Case No. 06-CA-11068 RWZ |

## [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL

Good cause having been shown, the Court hereby appoints the Los Angeles County Employees Retirement Association to serve as lead plaintiff in the above-captioned class action. Lead plaintiff exercised appropriate due diligence in selecting counsel and accordingly, the Court approves lead plaintiff's selection of Lieff, Cabraser, Heimann & Bernstein, LLP as lead and class counsel.

**IT IS SO ORDERED**.

Dated: August __, 2006

_____
HONORABLE RYA W. ZOBEL

558198.1